# ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2007 MAR 15  P 4: 56

CLERK _____
SO. DIST. OF GA.

| | | |
|---|---|---|
| KEVIN BEAMON, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 106-149 |
| | ) | |
| STATE OF GEORGIA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

After a careful *de novo* review of the file, the Court concurs with the Magistrate
Judge's Report and Recommendation, to which no objections have been filed. Accordingly,
the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of
the Court. Therefore, Defendants Sheriff Ronald Strength, State of Georgia, Richmond
County Sheriff's Department and Medical Staff, FNU Hampton, Doe #1, Doe #2, Doe #3,
Doe #4, Doe #5, and Doe #6 are **DISMISSED**, and Plaintiff's Eighth Amendment claim
based upon the staph infection bump and claims for injunctive relief are also **DISMISSED**.

SO ORDERED this 14 day of March, 2007, at Augusta, Georgia.

_____
HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE