IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| KEVIN BEAMON, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) CV 106-149 |
| CHARLES A. TOOLE, SR., | ) ) ) |
| Defendant. | ) |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendant's motion for summary judgment (doc. no. 24) is **GRANTED**, Defendant's "Motion to Dismiss or in the Alternative to Compel" and "Amended [and] Supplemental Motion to Dismiss" (doc. nos. 17 & 19) are **MOOT**, this civil action is **CLOSED**, and a final judgment shall be **ENTERED** in favor of Defendant.

SO ORDERED this 21 day of February, 2008, at Augusta, Georgia.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE